**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 492 WAL 2014
:
                Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v.             :
:
:
:
MARK M. FISHER,        :
:
                Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.